```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WAYNE SCOTT SKIPPER,**

        **Plaintiff,**

v.                                          CIVIL ACTION NO. 1:16CV190
                                            (Judge Keeley)

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

### ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 13]

Pending before the Court is consideration of the Report and Recommendation ("R&R") of the Honorable Robert W. Trumble, United States Magistrate Judge (Dkt. No. 13), dated June 30, 2017 (Dkt. No. 13). Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a de novo review of those portions of the magistrate judge's findings to which objection is made. Failure to file objections to the R&R permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to de novo review is waived. See Webb v. Califano, 468 F.Supp. 825 (E.D. Cal. 1979). To date, no objections have been filed. Accordingly, the review is for clear error. Id.

Upon review of the R&R and the record, the Court adopts the opinion of the Magistrate Judge for reasons discussed in the R&R (Dkt. No. 13).

**SKIPPER V. COMMISSIONER OF SOCIAL SECURITY**  1:16CV190

**ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 13]**

Therefore, the Court:

1. **GRANTS** the defendant's motion for summary judgment (dkt. no. 10);

2. **DENIES** the plaintiff's motion for summary judgment (dkt. no. 8); and

3. **DISMISSES** this civil action **WITH PREJUDICE** and **ORDERS** that it be **STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to enter a separate judgment order and to transmit copies of both orders to counsel of record by certified mail, return receipt requested.

DATED: July 18, 2017.

/s/ Irene M. Keeley  
IRENE M. KEELEY  
UNITED STATES DISTRICT JUDGE